USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/25/2025

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FRANCESCO P. PAGANO,<br><br>        Plaintiff,<br><br>-against-<br><br>JOHNSON CONTROLS, INC.,<br><br>        Defendant. | 24-CV-01020 (MMG) |
| JEFFREY S. HALFTER,<br><br>        Plaintiff,<br><br>-against-<br><br>JOHNSON CONTROLS, INC.,<br><br>        Defendant. | 24-CV-01047 (MMG) |
| LINDA RICCITELLI, Individually and on Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br>-against-<br><br>JOHNSON CONTROLS, INC.,<br><br>        Defendant. | 24-CV-03243 (MMG)<br><br>**ORDER** |

MARGARET M. GARNETT, United States District Judge:

  By way of Defendant's motion to dismiss Plaintiff Riccitelli's complaint, *see* Dkt. No. 9-1, the Court has become aware of a pending action in the Eastern District of Wisconsin, *Novin et al. v. Johnson Controls, Inc.*, Case No. 2:24-cv-00046-PP, filed on January 12, 2024, which purports to be a class action on behalf of all Johnson Controls employees subject to the incentive compensation plans for a range of products.

  It is hereby ORDERED that counsel in the three above-captioned cases shall meet and confer regarding the effect of *Novin* on the above-captioned cases, and shall submit a joint letter, no later than **March 4, 2025**, of no more than five pages and providing the parties' views on whether the First-to-File rule applies, and, if so, whether the Court should (1) stay the above-captioned cases pending relevant events in *Novin* (such as, e.g., a ruling on motions to dismiss or

motions for class certification); (2) transfer the above-captioned cases to the Eastern District of Wisconsin for potential consolidation with *Novin*; or (3) dismiss without prejudice the above-captioned cases as later-filed.

Dated: February 25, 2025
       New York, New York

                                                  SO ORDERED.

                                                  MARGARET M. GARNETT
                                                  United States District Judge