

Counseling and Advising Clients

Zabell & Collotta, P.C.
1 Corporate Drive
Suite 103
Bohemia, New York 117
Tel.   631-589-7242
Fax.  631-563-7475
www.Laborlawsny.com

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 2/27/2025
```

February 26, 2025

<u>*VIA* ELECTRONIC CASE FILING</u>

The Honorable Margaret M. Garnett
United States District Court Judge
United States District Court
Southern District of New York
300 Quarropas Street, Room 530
White Plains, New York 10601

    Re:    Riccitelli v. Johnson Controls, Inc.
              Case No.: 24-cv-3243 (MMG)

              Pagano v. Johnson Controls, Inc.
              Case No.: 24-cv-1020 (MMG)

              Halfter v. Johnson Controls, Inc.
              Case No.: 24-cv-1047 (MMG)

Your Honor:

      This firm is counsel to Plaintiff in the matter of Riccitelli v. Johnson Controls, Inc. Case No.: 24-cv-3243 (MMG). We write to respectfully request a one (1) week extension of time to prepare the submission required under the Court's Order of February 25, 2025. Pursuant to the Court's Order, I have conferred with counsel for Plaintiff in the matters of Pagano v. Johnson Controls, Inc., 24-cv-01020 (MMG) and Halfter v. Johnson Controls, Inc., 24-cv-01047 (MMG). The Parties have commenced discussions regarding their respective positions on the issues raised in the Court's Order. However, due to pre-existing scheduling conflicts of Counsel, we believe additional time is necessary to finalize and file a submission. Notably, Saul D. Zabell, lead counsel for the Plaintiff in the *Riccitelli* matter, is presently out of the state until next week. Counsel also have other conflicts early next week that could prevent coordination of a joint statement that addresses the specific concerns of all three (3) Plaintiffs. Accordingly, we request that the deadline for joint submission be extended to March 11, 2025.

**Zabell & Collotta, P.C.**
EMPLOYMENT COUNSELING, LITIGATION, LABOR & BENEFITS LAW

February 26, 2025
Page 2 of 2

  The parties thank the Court for its time and attention to this matter. We remain available should the Court seek additional information in connection with this submission.

Respectfully submitted,

**ZABELL & COLLOTTA, P.C.**

*Ryan Eden*
Ryan M. Eden

cc: Client
   All Counsel of Record (*via* Electronic Case Filing)
   Heidi Sharp, Esq. (*Via* Electronic Mail)

---

Application GRANTED. The parties' joint letter regarding the effect of *Novin* shall be due no later than **March 11, 2025**. The Clerk of Court is respectfully directed to terminate Dkt. No. 16 in *Riccitelli*.

SO ORDERED. Date: 2/27/2025.

HON. MARGARET M. GARNETT
UNITED STATES DISTRICT JUDGE